1  Barbara A. Rohr SBN 273353
   Benjamin Heikali SBN 307466
2  **FARUQI & FARUQI, LLP**
   10866 Wilshire Boulevard, Suite 1470
3  Los Angeles, CA 90024
   Telephone: 424-256-2884
4  Facsimile: 424-256-2885
   E-mail: brohr@faruqilaw.com
5          bheikali@faruqilaw.com

6  *Counsel for Plaintiff*

7
                    **UNITED STATES DISTRICT COURT**
8
                   **NORTHERN DISTRICT OF CALIFORNIA**
9

10 GERALD DOUGLAS, Individually and On     ) Case No. 3:16-cv-00921-WHO
   Behalf of All Others Similarly Situated, )
11                                          ) **STIPULATION AND**
                                            ) **ORDER FOR THE ADJOURNMENT**
12              Plaintiff,                  ) **OF THE INITIAL CASE**
                                            ) **MANAGEMENT CONFERENCE**
13         v.                               )
                                            ) Judge: Honorable William H. Orrick
14                                          )
   FRANK WITNEY, NELSON CHAN, GARY          )
15 GUTHART, JAMI NACHTSHEIM,                )
   RICCARDO PIGLIUCCI, MERILEE RAINES,      )
16 ROBERT TRICE, and AFFYMETRIX, INC.       )
                                            )
17              Defendants.                 )

18

---

1                                                               3:16-cv-00921-WHO
STIPULATION AND ORDER FOR THE ADJOURNMENT OF THE INITIAL
                  CASE MANAGEMENT CONFERENCE
#88354940v1

IT IS HEREBY STIPULATED by and between PLAINTIFF GERALD DOUGLAS ("Plaintiff") and DEFENDANTS FRANK WITNEY, NELSON CHAN, GARY GUTHART, JAMI NACHTSHEIM, RICCARDO PIGLIUCCI, MERILEE RAINES, ROBERT TRICE (collectively, the "Individual Defendants"), and AFFYMETRIX, INC. (collectively, the "Defendants"), (Plaintiff and Defendants are to be collectively referred to as the "Parties"), by and through their attorneys of record, that good cause exists for the Court to accept the following proposed schedule based on the following:

WHEREAS, on February 24, 2016, Plaintiff filed a Class Action Complaint captioned *Douglas v. Witney, et al.,* Case No. 16-cv-921-WHO (the "Complaint") in the United States District Court, Northern District of California for violations of Section 14(a) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§ 78n(a), 78t(a), and SEC Rule 14a-9, 17 C.F.R. 240.14a-9, and breaches of fiduciary duties in connection with the proposed merger between Affymetrix, Inc. and Thermo Fisher Scientific Inc.;

WHEREAS, the Initial Case Management Conference in this matter is set for May 17, 2016;

WHEREAS, Defendants' Answers to the Complaint are due on May 31, 2016;

WHEREAS, the Parties have reached a preliminary settlement agreement in the above-referenced matter and are currently conducting confirmatory discovery.

WHEREAS, the Parties desire the adjournment of the deadline for any response to the Complaint until after the conclusion of confirmatory discovery;

WHEREAS, the Parties desire the adjournment of the Initial Case Management Conference until after the conclusion of confirmatory discovery;

NOW THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES HERETO, THROUGH THEIR COUNSEL OF RECORD, AND SUBJECT TO APPROVAL OF THE COURT, AS FOLLOWS:

1. The Initial Case Management Conference shall be adjourned to a date to be determined by the Court; and

2. Defendants' deadline to answer, move to dismiss, or otherwise respond to the Complaint shall be adjourned indefinitely, with the parties to confer on a new deadline in the event that the settlement is not consummated.

Stipulated by and between the following:

DATED: May 2, 2016 **FARUQI & FARUQI, LLP**

By: */s/ Barbara A. Rohr*
Barbara A. Rohr SBN 273353
Benjamin Heikali SBN 307466
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
E-mail: brohr@faruqilaw.com
         bheikali@faruqilaw.com

*Counsel for Plaintiff*

DATED: May 2, 2016 **DAVIS POLK & WARDWELL, LLP**

By: */s/ Neal A. Potischman*
Neal A. Potischman (SBN 254862)
Andrew David Yaphe (SBN 274172)
Jayeeta Kundu (SBN 291599)
Micah Galvin Block (SBN 270712)
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

*Counsel for Defendants Affymetrix, Inc., Frank Witney, Nelson Chan, Gary Guthart, Jami Nachtsheim, Riccardo Pigliucci, Merilee Raines, and Robert Trice*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The Initial Case Management Conference will be adjourned until  July 19 , 2016.

2. Defendants' deadline to answer, move to dismiss, or otherwise respond to the Complaint shall be adjourned indefinitely, with the parties to confer on a new deadline in the event that the settlement is not consummated.

DATED: May 4, 2016

_____
Honorable William H. Orrick
United States District Judge